## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  v.                                    Case No. 00-CR-181

**TIMOTHY CUNNINGHAM**
        **Defendant.**

## ORDER

Pursuant to 18 U.S.C. § 3583(e)(2),

**IT IS ORDERED** that defendant shall comply with the conditions of home confinement for a period not to exceed 90 consecutive days. During this time, defendant will remain at his place of residence except for employment and other activities approved in advance by the probation/pretrial services officer. If violations occur defendant may be placed in lock down status (restricted to his residence at all times) for one or more days with Court approval. The defendant will maintain a telephone at his place of residence without "call forwarding," a modem, "caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of the probation/pretrial services officer, defendant shall wear a Location Monitoring device and follow LM procedures specified by the supervising probation officer. Defendant shall pay the cost of this program as directed by the supervising probation officer. The probation office may, in its discretion, reduce this term based on defendant's compliance.

Dated at Milwaukee, Wisconsin, this 12th day of March, 2014.

                                          /s Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge